**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 16, 2019

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-17-19

Re:  **United States v. Jaysean Sutton and Pedro Davila**, 19 Cr. 706 (ALC)

Dear Judge Carter:

Upon discussion with defense counsel for both defendants, we understand that Mr. Sutton joins the request of Mr. Davila (ECF Doc. No. 15), to adjourn the pretrial conference currently scheduled for December 17, 2019 at 10:00 a.m. The Government consents to this adjournment. Defense counsel propose a date in February other than the following: February 4, February 7, February 13–14, February 17–21, and February 28.

The Government requests, with the consent of both defendants, that time be excluded until the next court date in order for the parties to review the discovery, prepare for trial, and discuss any pretrial resolution to the case.

Application granted. Status conference adjourned to 2-15-20 at 10:00 a.m. Time excluded.
So Ordered.
/s/ Andrew L. Carter
12-16-19

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by: /s/ Alexander Li
Alexander Li
Assistant United States Attorney
(212) 637-2265

cc:   A. James Bell, Esq. (*by ECF*)
      Tamara L. Giwa, Esq. (*by ECF*)
      Jennifer Willis, Esq. (*by ECF*)