

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**BY ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York  10007

    Re:    **United States v. Jaysean Sutton and Pedro Davila**, 19 Cr. 706 (ALC)

Dear Judge Carter:

    The Government writes to respectfully request that the Court adjourn the pretrial conference currently scheduled for April 2, 2020 at 10:00 a.m. for approximately 60 days.  Due to the COVID-19 outbreak, the United States Marshals Service is unable to produce the defendants next week.  In addition, the Government has produced three tranches of discovery, including as recently as March 24, 2020, that we anticipate the defense will require more time to review.

    If the Court grants the adjournment, the Government further requests that time be excluded until the next court date due to the COVID-19 outbreak, and in order for the parties to review the discovery and discuss any pretrial resolution to the case.

    Defendant Jaysean Sutton does not object to this request.  The Government e-mailed counsel for defendant Pedro Davila on March 23, March 25, and March 27, 2020 to solicit Davila's position on an adjournment, but has not yet received a response.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

by: _____
    Alexander Li
    Assistant United States Attorney
    (212) 637-2265

cc:    A. James Bell, Esq. (*by ECF*)
        Tamara L. Giwa, Esq. (*by ECF*)
        Jennifer Willis, Esq. (*by ECF*)