USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/27/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
**UNITED STATES OF AMERICA,**          :
                                        :
            -v.-                        :       19-cr-00706 (ALC)
                                        :
                                        :       **ORDER**
**JAYSEAN SUTTON,**                     :
                                        :
                **Defendant.**          :
                                        :
------------------------------------------------------------------ x

**- ANDREW L. CARTER, JR., District Judge:**

The April 2, 2020 status conference is adjourned to **June 4, 2020 at 11:00 a.m.** Accordingly, it is ORDERED: the time from April 2, 2020 through June 4, 2020 is excluded in the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   **March 27, 2020**
         **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**