USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/7/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

UNITED STATES OF AMERICA,                                    19 Cr. 706 (ALC)

                                                                         **ORDER**

        -against-


Jaysean Sutton and Pedro Davila,

        Defendants.,
---------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

    The July 9, 2020 status conference is adjourned to **August 12, 2020** at **10:30 a.m.** The Speedy Trial Act automatically excludes this time from July 9, 2020 to August 12, 2020 in the interest of justice.  See 18 U.S.C. § 3161(h)(7)(A).


SO ORDERED.

Dated: New York, New York
       July 7, 2020

                                                                     _____
                                                                     ANDREW L. CARTER, JR.
                                                                     UNITED STATES DISTRICT JUDGE