**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/3/21__

Re: <u>United States</u> v. <u>Jaysean Sutton and Pedro Davila</u>, 19 Cr. 706 (ALC)

Dear Judge Carter:

The Government writes on behalf of the parties to request that the pre-trial conference scheduled for June 4, 2021 be adjourned. The parties are presently engaged in discussions of a pretrial resolution to the case, and we understand from counsel for the defendants that additional time is needed to bring the case towards a resolution. If the Court grants the adjournment, the Government requests that Speedy Trial time be excluded until the next conference date, to allow the parties to continue to discuss a pre-trial resolution to the case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: /s/ Alexander Li _____
Christopher Clore
Alexander Li
Assistant United States Attorneys
(212) 637-2265/-2265

cc:  All Counsel (*by ECF*)   The application is **GRANTED.** Status conference
adjourned to 8/10/21 at 3:30 p.m. Time excluded.
So Ordered.

6/3/21

2019.07.08