

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2021

**BY ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/17/21__

Re: **United States v. Jaysean Sutton and Pedro Davila**, 19 Cr. 706 (ALC)

Dear Judge Carter:

    We understand that the conference set for today at 3:30 p.m. has been adjourned. The Government respectfully requests that Speedy Trial time be excluded until the next conference date, in order to allow the parties to continue to discuss a pre-trial resolution to the case.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

    By: /s/ Alexander Li
        Alexander Li
        Christopher Clore
        Assistant United States Attorneys
        (212) 637-2265/-1063

cc: All Counsel (*by ECF*)

The application is **GRANTED.**
Status conference adjourned to 9/21/21
at 2:00 p.m. Time excluded.
So Ordered.

*/s/ Andrew L. Carter*
8/17/21

2019.07.08