UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JAYSEAN SUTTON,

               Defendant.

-------------------------------------------------------------- x

19-CR-706 (ALC)

**ORDER**

11-19-21

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Change of Plea Hearing is set for **December 7, 2021** at **12:00 p.m.**

The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
            November 19, 2021

                                                      ANDREW L. CARTER, JR.
                                                      United States District Judge