EdwNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

United States of America,

                                                    <u>ORDER</u>

                                                    19-CR-706 (ALC)

          -against-

Jaysean Sutton,

--------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

      The telephone change of plea hearing scheduled for December 21, 2021 is cancelled.

      SO ORDERED.

Dated: New York, New York
       December 20, 2021

                                                    ANDREW L. CARTER, JR.
                                                  UNITED STATES DISTRICT JUDGE