UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                              Plaintiff,

        -against-

JAYSEAN SUTTON,

                            Defendant.

------------------------------------------------------------------- x

19-CR-706 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **January 11, 2022** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
            December 20, 2021

                                                  ANDREW L. CARTER, JR.
                                                  United States District Judge