UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

     -against-                           19-CR-706 (ALC)

JAYSEAN SUTTON,                      **ORDER**

                Defendant.
------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      A telephone change of plea hearing is set for **December 21, 2021** at **12:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660. Members of the public and the press can use the same dial-in information.

**SO ORDERED.**

Dated:     New York, New York
             December 20, 2021

                                                ANDREW L. CARTER, JR.
                                                United States District Judge