# Law Office of Angus James Bell

30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765    Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

April 7, 2022

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/11/22__

Re: *United States v. Jaysean Sutton*, 19Cr706

Dear Judge Carter,

    This letter is submitted with the consent of the Government to respectfully request an adjournment of Mr. Sutton's sentencing hearing that is scheduled for April 14, 2021 at 2 pm. Please know that counsels received the final PSR in this matter earlier this week. As such, and given the additional work necessary to prepare for sentencing, as well as counsels' work obligations and vacation schedules, we are seeking an adjournment to a date in September.

    In anticipation of this application, counsel consulted with the Court Clerk and was advised that September 15th at 2 pm is available for this purpose.

    Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Respectfully submitted,

*A. James Bell*
A. James Bell, Esq.

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
4/11/22