# Law Office of Angus James Bell
30 Wall Street, 8th Floor New York, New York 10005
Tel: (212) 804-5765   Fax: (718) 504-6351
Email: ajamesbelllaw@gmail.com

August 12, 2022

Hon. Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-16-22

Re: *United States v. Jaysean Sutton*, 19Cr706

Dear Judge Carter,

　　Mr. Santiago, Esq., Ms. Kathleen O'Boyle, MSW, and myself are the CJA appointed defense team for Mr. Sutton who plead guilty to Hobbs Act Robbery and is awaiting sentencing that is scheduled for September 15th at 2 pm. We write this letter seeking authorization to submit interim vouchers. The discovery produced in this matter has been substantial and the team has dedicated significant hours to date.

　　Given the volume of discovery and the fact that we are all solo practitioners, authorizations of interim vouchers would assist in avoiding an economic hardship.

　　Thank you in advance for any and all consideration of this request. We will await further instructions from the Court.

Respectfully submitted,

*A. James Bell*
A James Bell, Esq.

The application is ✓ granted.
　　　　　　　　　　 denied.

_____
Andrew L. Carter Jr, U.S.D.J.
Dated: 8-16-22
　　　　NY, New York