USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9-8-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                                            **ORDER**

                                            19-CR-706 (ALC)

-against-

Jaysean Sutton,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

       The sentencing scheduled for September 15, 2022 is adjourned to **October 25, 2022** at **2:00 p.m.**

       **SO ORDERED.**

Dated: New York, New York
       September 8, 2022

                                            _/s/ Andrew L. Carter, Jr._
                                            **ANDREW L. CARTER, JR.**
                                            **UNITED STATES DISTRICT JUDGE**