UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

United States of America,

-against-

Jaysean Sutton,
---------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _10-18-22_

**ORDER**

**19-CR-706 (ALC)**

ANDREW L. CARTER, JR., United States District Judge:

The sentencing scheduled for October 25, 2022 is adjourned to **November 3, 2022** at **12:00 p.m.**

SO ORDERED.

Dated: New York, New York
October 18, 2022

ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE