**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

**United States of America,**

-against-

**Jaysean Sutton,**
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/22

**ORDER**
**19-CR-706 (ALC)**

**ANDREW L. CARTER, JR., United States District Judge:**

The Sentencing set for November 3, 2022 is rescheduled to **11:45 a.m.**

**SO ORDERED.**

Dated: New York, New York
       November 2, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**