USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

-v.-

JAYSEAN SUTTON,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**FINAL ORDER OF FORFEITURE**

19 Cr. 706 (ALC)

WHEREAS, on or about January 26, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Consent Preliminary Order of Forfeiture") (D.E. 77), which ordered the forfeiture to the United States of all right, title and interest of JAYSEAN SUTTON (the "Defendant") in the following property:

    a. One diamond Rolex watch seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    b. One gold link chain seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    c. One tiki-head pendant on a chain link necklace seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    d. One small gold necklace with pendant seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    e. $37,100 in United States currency seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    f. One electronic money counter seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

      g. One diamond pendant seized by the Government on or about September 10, 2019 located in a purse of an associate of the Defendant; and

      h. One Rolex Yacht Master II Watch, Serial No. DZ160766, seized by the Government on or about October 7, 2019 from the Intown Suites hotel room occupied by the Defendant located in Matthews, North Carolina.

(a. through h., collectively, the "Specific Property");

WHEREAS, the Consent Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Consent Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on August 18, 2023, for thirty (30) consecutive days, through September 16, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on October 27, 2023 (D.E. 90);

WHEREAS, on or about February 9, 2023, Notice of the Consent Preliminary Order of Forfeiture was sent to the following individuals via electronic mail:

    i. Peter Montalbano;

    j. Israel Aranbayeu; and

    k. Michael White II

(collectively, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.    Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
October 31, 2023

SO ORDERED:

_____
HONORABLE ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE