UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JAYSEAN SUTTON,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/14/24__

**PARTIAL VACATUR OF FINAL ORDER OF FORFEITURE**

19 Cr. 706 (ALC)

WHEREAS, on or about October 2, 2019, JAYSEAN SUTTON (the "Defendant"), was charged in a Sealed Indictment, 19 Cr. 706 (the "Indictment"), with conspiracy to commit robbery in violation of Title 18, United States Code, Section 1951 (Count One); robbery in violation of Title 18, United States Code, Section 1951 and 2 (Count Two); and firearm offense in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2(Count Three);

WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment, including but no limited to a sum of money in United States currency representing the amount of proceeds personally obtained by the defendant traceable to the commission of the offenses charged in Counts One and Two of the Indictment.

WHEREAS, on or about January 11, 2022, the Defendant pled guilty to Counts Two and Three of the Indictment, pursuant to a plea agreement, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the

1

United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his right, title and interest in, *inter alia*,

    a.    One tiki-head pendant on a chain link necklace seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

(the "Subject Property");

WHEREAS, on or about January 26, 2023, the Court entered a Consent Preliminary Order of Forfeiture, forfeiting, *inter alia*, all of Defendant's right, title and interest in the Subject Property (D.E. 77);

WHEREAS, on or about October 31, 2023, the Court entered a Final Order of Forfeiture, forfeiting to the Government all right, title and interest in the Subject Property (D.E. 95);

WHEREAS, following the entry of the Final Order of Forfeiture, the Government was contacted a representative of Michael Lamar White IV a/k/a "Trippie Redd" ("White") who asserted that he was the owner of the Subject Property; and

WHEREAS, the Government recognizes, pursuant to Title 21, United States Code, Section 853(n)(1), White's superior interest in the Subject Property.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1.    The Final Order of Forfeiture as to the Subject Property is hereby vacated.

    2.    The Final Order of Forfeiture shall remain in full force and effect in all other aspects.

3. Upon entry of this Partial Vacatur of Final Order of Forfeiture, the Government shall return the Subject Property to White.

SO ORDERED:

_____     8/14/24
HONORABLE ANDREW L. CARTER, JR.       _____
UNITED STATES DISTRICT JUDGE          DATE