```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/24/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                 :
UNITED STATES OF AMERICA                                         :
                                                                 :   **PARTIAL VACATUR**
      - v. -                       :   **OF FINAL ORDER OF**
                                                                 :   **FORFEITURE**
                                                                 :
JAYSEAN SUTTON,                                                  :
                                                                 :   19 Cr. 706 (ALC)
      Defendant.                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about October 2, 2019, JAYSEAN SUTTON (the "Defendant"), was charged in a Sealed Indictment, 19 Cr. 706 (the "Indictment"), with conspiracy to commit robbery in violation of Title 18, United States Code, Section 1951 (Count One); robbery in violation of Title 18, United States Code, Section 1951 and 2 (Count Two); and firearm offense in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2(Count Three);

        WHEREAS, the Indictment included a forfeiture allegation seeking, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One and Two of the Indictment, including but no limited to a sum of money in United States currency representing the amount of proceeds personally obtained by the defendant traceable to the commission of the offenses charged in Counts One and Two of the Indictment.

        WHEREAS, on or about January 11, 2022, the Defendant pled guilty to Counts Two and Three of the Indictment, pursuant to a plea agreement, wherein the Defendant admitted the forfeiture allegation with respect to Count Two of the Indictment and agreed to forfeit to the

United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all of his right, title and interest in, *inter alia*,

    a. One diamond Rolex watch seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    b. One gold link chain seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    c. One small gold necklace with pendant seized by the Government on or about September 10, 2019 from an apartment located at 1435 Bedford Street, Stamford, Connecticut;

    d. One diamond pendant seized by the Government on or about September 10, 2019 located in a purse of an associate of the Defendant; and

    e. One Rolex Yacht Master II Watch Serial No. DZ160766 seized by the Government on or about October 7, 2019 from Intown Suites hotel room occupied by the Defendant located in Matthews, North Carolina;

(a. through e., collectively, the "Subject Property");

WHEREAS, on or about January 26, 2023, the Court entered a Consent Preliminary Order of Forfeiture, forfeiting, *inter alia*, all of Defendant's right, title and interest in the Subject Property (D.E. 77);

WHEREAS, on or about October 31, 2023, the Court entered a Final Order of Forfeiture, forfeiting to the Government all right, title and interest in the Subject Property (D.E. 95);

WHEREAS, following the entry of the Final Order of Forfeiture, the Government was by Avianne & Co. Jewelry ("Avianne") who asserted that it was the owner of the Subject Property; and

2

WHEREAS, based upon information provided to the Government, the Government recognizes, pursuant to Title 21, United States Code, Section 853(n)(1), Avianne's superior interest in the Subject Property.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Order of Forfeiture as to the Subject Property is hereby vacated.

2. The Final Order of Forfeiture shall remain in full force and effect in all other aspects.

3. Upon entry of this Partial Vacatur of Final Order of Forfeiture, the Government shall return the Subject Property to Avianne.

SO ORDERED:

_____     6/24/25
HONORABLE ANDREW L. CARTER, JR.       _____
UNITED STATES DISTRICT JUDGE          DATE

3